BEFORE THE FIRST DIVISION, JUNE 29, 1951

**No. 55720.**—Royal Bead Novelty Co., Inc. *v.* United States, protests 68576–K and 80735–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of wooden beads similar in all material respects to those the subject of Abstract 38617. The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 55721.**—Kurtz Importing Co. *v.* United States, protest 131932–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of alabaster beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 55722.**—Bohemia Import Co., Inc., et al. *v.* United States, protests 160079–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55723.**—Flint & Bradley et al. *v.* United States, protests 170944–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.